IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY LEWIS BAKER | : | CIVIL ACTION NO. 1:12-CV-2104 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| GICHNER SHELTER SYSTEMS | : | |
| Defendant | : | |

# O R D E R

Before the Court in the above-captioned action is a June 28, 2013 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Schwab. (Doc. No. 13).

2) The Defendant's Motion to Dismiss (Doc. No. 6) is granted in part and denied in part as follows: the 42 U.S.C. § 1981 claim is **DISMISSED**, but the Motion to Dismiss is otherwise **DENIED**.

3) The case is **REMANDED** to the Magistrate Judge for further proceedings.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: July 23, 2013